IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY QUINN COLEMAN,
    Petitioner,

vs.                                               Case No. 5:10cv99/RH/EMT

PAIGE AUGUSTINE,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Petitioner's Motion for Voluntary Dismissal of his habeas petition filed pursuant to 28 U.S.C. § 2241 (Doc. 7).

        Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment. Because Respondent has not yet served an answer in the instant case, it is clear that Petitioner is automatically entitled to a voluntary dismissal at this time. The dismissal should be without prejudice to Petitioner's presenting his claims in a subsequent habeas petition.

        Accordingly, it is respectfully **RECOMMENDED**:

        That Petitioner's Motion for Voluntary Dismissal (Doc. 7) be **GRANTED** and this action dismissed without prejudice.

        At Pensacola, Florida, this 4th day of June 2010.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**