IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY QUINN COLEMAN,

    Petitioner,

v.                                                          CASE NO. 5:10cv99-RH/EMT

PAIGE AUGUSTINE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed, and upon's plaintiff's notice of voluntary dismissal (document 7). Upon consideration,

IT IS ORDERED:

The clerk must enter judgment stating, "This action is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on July 16, 2010.

                                                      s/Robert L. Hinkle
                                                      United States District Judge